**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**CRISTIAN SANCHEZ,** *on behalf of himself and all others similarly situated*,

        **Plaintiffs,**

-against-

**ONYX ENTERPRISES INT'L CORP.,**

        **Defendant.**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 2, 2021

**1:21-CV-3041 (ALC)**

<u>**ORDER GRANTING PRE-MOTION CONFERENCE**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters in connection with Defendant's anticipated motions to dismiss. *See* ECF Nos. 9, 11. Upon review of the submissions, the request for a pre-motion conference is hereby **GRANTED**.

The Court will hold the conference on **Friday, November 12, 2021 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   Nov. 2, 2021
            New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**