**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/29/2021___
```

-------------------------------------------------------------x

**Cristian Sanchez,** *on behalf of himself and all*
*others similarly situated,*

                            **Plaintiff,**

           **-against-**

**Onyx Enterprises Int'l Corp.,**

                         **Defendant.**

-------------------------------------------------------------x

    **1:21-cv-03041 (ALC)**

    <u>**ORDER TO RESPOND**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant Onyx Enterprises Int'l Corp.'s ("Defendant") letter motion

dated December 28, 2021 seeking leave to submit a video as an exhibit to a declaration to its motion to

dismiss, which is currently being briefed before this Court. ECF No. 18. Defendant argues that the

video would be submitted to show that this case is moot and is "an integral part of the Motion to

Dismiss to show the Court that there is no longer any 'case or controversy.'" *Id.* Defendant's letter did

not state Plaintiff Cristian Sanchez's ("Plaintiff") position on this letter motion.

       Accordingly, Plaintiff is hereby **ORDERED** to respond to Defendant's letter motion no later

than **January 5, 2022**.

**SO ORDERED.**

**Dated:**  December 29, 2021
**New York, New York**

                               _____

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**